# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL E. GEIGER,**

      **Plaintiff,**

vs.                                                              **Case No.: 2:13-cv-1060**
                                                                         **JUDGE SMITH**
                                                                         **Magistrate Judge Abel**

**MRS. VICKIE STRINGER,** *et al.*,

      **Defendants.**

## ORDER

      On October 28, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's application to proceed in formal pauperis be GRANTED and that Plaintiff's Complaint be dismissed.  (*See Report and Recommendation*, Doc. 4).  The parties were advised of their right to object to the *Report and Recommendation*.  This matter is now before the Court on Plaintiff Geiger's Objections to the *Report and Recommendation*.  (*See* Doc. 8).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

      The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  Plaintiff has failed to allege a basis for the Court to exercise subject matter jurisdiction over his claim.  For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 4, is **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed in its entirety.  Further, Plaintiff's Motion for Default Judgment is hereby **DENIED AS MOOT**.

The Clerk shall remove Documents 4 and 10 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**